**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 835 MAL 2017

                  Petitioner         :

                                      :    Petition for Allowance of Appeal from

                      v.                :    the Order of the Superior Court

LARRY N. SCHWAB,                   :

                  Respondent      :


## ORDER


**PER CURIAM**

     **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.